UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:22 CR 308-003 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| BRANDON PERKINS, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Carmen E. Henderson, regarding the change of plea hearing of Brandon Perkins, which was referred to the Magistrate Judge with the consent of the parties.

On June 9, 2022 the government filed a 9 count, multi-defendant Indictment, charging Defendant Perkins in counts 4 and 5 with, Distribution of Oxycodone and Use of a Communication Facility to Facilitate a Felony Drug Offense, in violation of Title 21 U.S.C. §§ 841 (a)(1) and (b)(1)(C), and 843. On June 22, 2022, Magistrate Judge Henderson held an arraignment, at which time Mr. Perkins entered a plea of not guilty to the charges. On May 12, 2025 Magistrate Judge Henderson received Defendant's plea of guilty to counts 4 and 5 of the Indictment, with a written plea agreement, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant

Brandon Perkins is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea.  There is an adequate factual basis for the plea.  The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Brandon Perkins is adjudged guilty to counts 4 and 5 of the Indictment in violation of Title 21 U.S.C. §§ 841 (a)(1) and (b)(1)(C), and 843.  This matter was referred to the U.S. Probation Department for the completion of a pre-sentence investigation and report.  Sentencing will be held on August 26, 2025 at 11:00 a.m. in Courtroom 19A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

June 3, 2025